John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Check No. 836158

Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 08-61175 | 042-0 | JAMES DEAN KEITH<br>Original Check written to:<br>LARRY TURMAN<br>PO BOX 1590<br>GRANBURY, TX 76048- | | 17,703.97 | 0.00 | 5.90 | 5.90 |
| 08-61175 | 014-0 | JAMES DEAN KEITH<br>Original Check written to:<br>LARRY TURMAN<br>P.O. BOX 1590<br>GRANBURY, TX 76045- | xxxxxxxxxxxx32-B | 5,295.65 | 0.00 | 1.77 | 1.77 |